**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JORGE YARUR BASCUÑAN, TARASCONA CORP., :
HOFSTRA CORP., INMOBILIARIA MILANO S.A., :
INMOBILIARIA E INVERSIONES TAURO S.A., and :
INVERSIONES T & V S.A., :
:
                Plaintiffs, :
:
    -against- :
:
DANIEL YARUR ELSACA, CRISTIÁN JARA TAITO, :
OSCAR BRETÓN DIEGUEZ, JOSE PEDRO SILVA :
PRADO, GM & E ASSET MANAGEMENT S.A., :
FINTAIR FINANCE CORP., EUWELAND CORP., :
HAY'S FINANCE CORP., CARY EQUITY'S CORP., :
AGRÍCOLA E INMOBILIARIA CHAUQUÉN :
LIMITADA, ALAPINJDP INVESTMENT CORP., :
JOHN DOES 1-10, and ALAPINJDP INVESTING :
CORP., :
:
                Defendants. :

------------------------------------- x



<u>ORDER</u>

15 Civ. 2009 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Plaintiffs' motion to

Dismiss Defendants' counterclaims is GRANTED with regard to Defendants' Tortious

Interference counterclaim and DENIED with regard to Defendants' Quantum Meruit counterclaim.

Defendants may seek leave to file an Amended Answer to the Second Amended Complaint

by letter application with a proposed Amended Answer attached.

The Clerk of Court is directed to close the motion at ECF No. 128 accordingly.

Dated: New York, New York
      December 18, 2019

                      DEC 1 9 2019   SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 9 2019