**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JORGE YARUR BASCUÑAN, TARASCONA CORP., :
HOFSTRA CORP., INMOBILIARIA MILANO S.A., :
INMOBILIARIA E INVERSIONES TAURO S.A., and :
INVERSIONES T & V S.A., :
:
                Plaintiffs, :
   -against- :   ORDER
:
DANIEL YARUR ELSACA, CRISTIÁN JARA TAITO,:   15 Civ. 2009 (GBD)
OSCAR BRETÓN DIEGUEZ, JOSE PEDRO SILVA :
PRADO, GM & E ASSET MANAGEMENT S.A., :
FINTAIR FINANCE CORP., EUWELAND CORP., :
HAY'S FINANCE CORP., CARY EQUITY'S CORP., :
AGRÍCOLA E INMOBILIARIA CHAUQUÉN :
LIMITADA, ALAPINJDP INVESTMENT CORP., :
JOHN DOES 1-10, and ALAPINJDP INVESTING :
CORP., :
:
                Defendants. :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The Court will hear oral argument on Defendants' Motion for a Judgment on the Pleadings, (ECF No. 151), on April 29, 2021 at 10:30 a.m.

Dated: New York, New York
       January 29, 2021

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge