UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JORGE YARUR BASCUÑAN, et al.,

                        **Plaintiffs,**

            -against-

DANIEL YARUR ELSACA, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

15-CV-2009 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2021

**SARAH NETBURN, United States Magistrate Judge:**

On June 4, 2021, the parties filed a joint status letter in accordance with the Court's May 27, 2021 Order, in which Plaintiffs raised a new discovery dispute. See ECF No. 183. A telephone conference to discuss the issues raised in the parties' letters will be held on Monday, June 14, 2021, at 3:00 p.m. At that time, the parties should dial (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 8, 2021
               New York, New York